ENTERED ON DOCKET
5/9/06  PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ROY BROWN,

Plaintiff(s)

vs.

LATIN AMERICAN MUSIC CO., INC., et al.,

Defendant(s)

CIVIL CASE   05-1242 (JAF)

PARTIAL JUDGMENT

Pursuant to this Court's Order (docket #31) Partial Judgment is entered dismissing with prejudice Defendants' counterclaim.

In San Juan, Puerto Rico, this 9th day of May, 2006.

Frances Rios de Moran, Esq.

Clerk of Court

*s/Franchesca Torres*

Franchesca Torres
Deputy Clerk