```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO


 ROY BROWN,
                                    Civil No. 05-1242(JAF)
      Plaintiff,

      v.

 LATIN AMERICAN MUSIC CO., INC.,
 et al.,

      Defendants.
```

**J U D G M E N T**

Based on the court's Order granting Docket Document No. 52, judgment is entered dismissing the complaint filed herein.

This case is now closed for all purposes.

San Juan, Puerto Rico, this 10th day of October, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U.S. District Judge